JEFFRIES ADVOCATES
ATTORNEY FOR THE PLAINTIFF
   38 CORPORATE PARK, SUITE D
   IRVINE, CA 92714
   714-474-2055
Attorneys for the Plaintiff

CLERK, U.S. DISTRICT COURT
SEP 2 2 1992
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,     COURT NO: 92 A 20845
       Plaintiff,

    v.               DEFAULT JUDGMENT

RICHARD CANDELARIA

       Defendant(s).
_____/

ENTERED
CLERK, U.S. DISTRICT COURT
SEP 2 2 1992
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

In the above-entitled action, an affidavit on behalf of the
plaintiff satisfying the requirements of Rule 55 having been filed;

IT IS ADJUDGED that the United States of America, plaintiff,
do have and recover of and from RICHARD CANDELARIA

the sum of $2,666.58 as principal, $1,534.42 as accrued prejudgment
interest, $140.00 administrative charges, and $20.00 costs,
plus $466.00 attorney fees for a total amount of $4,827.00,
plus interest at the current rate until entry of judgment.

Judgment to accrue interest at the legal rate until paid.

DATED: SEP 2 2 1992

                  LEONARD A. BROSNAN, CLERK
                  U.S. District Court
                  Central District of California

                      R. L. BYER
                By:_____
                   Deputy Clerk